IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>    *Petitioner*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; STEVEN CLIFF, in his official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; and PETE BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation,<br><br>    *Respondents*. | UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT<br><br>MAY 11 2022<br><br>**RECEIVED**<br><br>**Petition for Review**<br><br>Case No. 22-**1080** |

Petitioner Natural Resources Defense Council seeks review of final action of the National Highway Traffic Safety Administration published under the title *Corporate Average Fuel Economy Standards for Model Years 2024-2026 Passenger Cars and Light Trucks*, 87 Fed. Reg. 25,710 (May 2, 2022).

Respectfully submitted,

/s/ *[signature]*

Pete Huffman
Ben Longstreth
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
(202) 289-6868
phuffman@nrdc.org

*Counsel for*
*Natural Resources Defense Council*

Filed: May 11, 2022