# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*,  )<br>  )<br>            Petitioners,  )<br>  )<br>v.  )<br>  )<br>NATIONAL HIGHWAY TRAFFIC  )<br>SAFETY ADMINISTRATION, *et al.*,  )<br>  )<br>            Respondents.  )<br>  ) | No. 22-1144 (and consolidated cases) |

## NOTICE OF WITHDRAWAL OF CHRISTOPHE COURCHESNE AS COUNSEL FOR RESPONDENT-INTERVENOR COMMONWEALTH OF MASSACHUSETTS

Notice is hereby given that Respondent-Intervenor the Commonwealth of Massachusetts respectfully withdraws Christophe G. Courchesne as counsel in the above-captioned matter and consolidated cases. The Commonwealth will continue to be represented by the other counsel of record at the Massachusetts Attorney General's Office.

1

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS

By its attorneys:

MAURA HEALEY
Attorney General

/s/ Christophe G. Courchesne
Christophe G. Courchesne
Assistant Attorney General and Deputy Chief
Energy and Environment Bureau
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2423
christophe.courchesne@mass.gov

Dated: September 8, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2022, the foregoing Notice of Withdrawal of Counsel was filed with the Clerk of the Court and served on the counsel of record for all parties through the CM/ECF system.

/s/ Christophe G. Courchesne
Christophe G. Courchesne