ORAL ARGUMENT SCHEDULED ON SEPTEMBER 14, 2023

U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| States of Texas, Alabama, Alaska, Arkansas, Indiana, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, Ohio, Oklahoma, South Carolina, and Utah,<br><br>Petitioners,<br><br>v.<br><br>U.S. Environmental Protection Agency and Michael S. Regan, Administrator,<br><br>Respondents. | Case No. 22-1031 and consolidated cases |
| Natural Resources Defense Council,<br><br>Petitioner,<br><br>v.<br><br>National Highway Traffic Safety Administration, et al.,<br><br>Respondents. | Case No. 22-1080 and consolidated cases |

**Joint Proposed Argument Format**

1

As directed by the Court on July 11, 2023, the parties in *Texas v. EPA*, Case No. 22-1031 and consolidated cases, and *NRDC v. NHTSA*, Case No. 22-1080 and consolidated cases propose the following argument format for the two cases:

**Case 1:**

| *Texas v. EPA*, Case No. 22-1031 and consolidated cases | | | |
|---|---|---|---|
| **Issues** | **Argument** | **Time** | **Counsel** |
| 1. Whether petitioners' arguments are properly before the Court.<br><br>2. Whether EPA's rule is authorized under Section 202 of the Clean Air Act, 42 U.S.C. § 7521, including whether the major questions doctrine forecloses the rule.<br><br>3. Whether EPA's rule is arbitrary and capricious in light of EPA's consideration of upstream emissions, its cost-benefit analysis, or its consideration of the Interagency Working Group's social cost of greenhouse gases. | Fuel Petitioners' opening | 17 min. | Jeffrey Wall (addressing issues 1-3) |
| | State Petitioners' opening | 8 min. | Lanora Pettit (addressing issues 2-3) |
| | EPA's response | 18 min. | Sue Chen (addressing issues 1-2) |
| | EPA's response | 6 min. | Daniel R. Dertke (addressing issue 3) |
| | Intervenors' response | 6 min. | Sean Donahue[1] |
| | Fuel Petitioners' rebuttal | 5 min. | Jeffrey Wall |

---

[1] Under Cir. R. 34(c), Respondents respectfully request leave for two counsel to appear for Respondents and one counsel for Intervenors.  Division of the argument between two counsel for Respondents is appropriate given the number of issues and the lack of overlap between the issues raised in each proposed argument segment.  Respondents request that time also be afforded to one counsel for Intervenors, Sean Donahue, which will allow the Court to consider the interests of Public Interest Respondent-Intervenors who support the agency rule under review.

**5-minute break**

**Case 2:**

| *NRDC v. NHTSA*, No. 22-1080 and consolidated cases | | | |
|---|---|---|---|
| **Issue** | **Argument** | **Time** | **Counsel** |
| Argument on petition for review filed by Natural Resources Defense Council, No. 22-1080 | | | |
| 1. In setting fuel-economy standards under 49 U.S.C. § 32902, whether NHTSA's treatment of high-compression-ratio Atkinson-enabled engines was arbitrary and capricious, in particular with regard to (a) pickup trucks and (b) vehicles that share an engine with pickup trucks. | NRDC opening | 12 min | Pete Huffman |
| | NHTSA response | 15 min | Joshua Koppel |
| | NRDC rebuttal | 3 min | Pete Huffman |
| Argument on petitions for review filed by States and American Fuel & Petrochemical Manufacturers, Nos. 22-1144 and 22-1145 | | | |
| 1. Whether NHTSA complied with 49 U.S.C. 32902(h) when it amended the corporate average fuel economy standards for model years 2024-2026 passenger cars and light trucks.<br><br>2. Whether, in light of the Energy Policy and Conservation Act's preemption provision, 49 U.S.C. § 32919(a), NHTSA erred when it accounted for state zero-emission-vehicle mandates. | Fuel Manufacturer/State petitioners opening | 17 min | Eric McArthur (addressing issue 1) |
| | Petitioner-intervenors opening | 8 min | Michael Buschbacher (addressing issue 2) |
| | NHTSA response | 22 min | Joshua Koppel |
| | Respondent-intervenors response | 8 min | Theodore McCombs |

|  | Fuel Manufacturer/State petitioners rebuttal | 5 min | Eric McArthur |
|---|---|---|---|

Because the petition for review filed by NRDC and the petitions for review filed by the Fuel Manufacturer and State petitioners in *NRDC v. NHTSA* raise distinct issues, the parties agree that argument should proceed separately with regard to each of those sets of petitions.  That is, the Court should hear opening argument from one set of petitioners, response from NHTSA, and rebuttal before moving on to argument on the other petition(s).  However, the parties disagree as to whether argument should be heard first on NRDC's petition or the Fuel Manufacturers' and States' petitions.

*Position of NRDC (petitioner in No. 22-1080 and respondent-intervenor in Nos. 22-1144 and 22-1145):*

NRDC submits that the petitions should be argued in the order they were filed, and that there is no good reason to reverse the order of argument. To the extent the later-filing petitioners view their petitions as weightier, NRDC disputes the premise (among other things, NHTSA argues that the later-filing petitioners' principal alleged error is harmless but concedes NRDC's is not). In any event, it is not a basis to reorder argument.

Indeed, because the *NRDC v. NHTSA* case is being heard immediately after *Texas v. EPA*, reordering the petitions in *NRDC* risks confusing issues. NRDC's lead petition presents issues that will not risk conflation with those in *Texas*. As the other petitioners' initial filings in *NRDC* acknowledge,[2] their petitions do not present any substantially similar issues as *Texas* either—but they have signaled their intent to present their case as, in their view, thematically linked to *Texas*. Having such a presentation directly after *Texas* presents a risk of confusing the issues for the Court.

*Position of State and Local Intervenors, Intervenor Public Interest Organizations, the National Coalition for Advanced Transportation, and the Zero Emission Transportation Association (respondent-intervenors in Nos. 22-1144 and 22-1145):*

Respondent-Intervenors agree the NRDC petition should be argued first. Arguing the NRDC petition before the Fuel Manufacturer and States' petition will allow for a more orderly presentation of the issues, and, if those petitioners are correct that their arguments will take up more time, would allow for more extensive questioning on their petition (if needed) without prejudice to either set of parties.

---

[2] *E.g.*, Dkt. No. 1957293, ¶ 6(g).

The parties strongly dispute whether *Texas v. EPA* and the Fuel
Manufacturer and States' petition in *NRDC v. NHTSA* share any significant legal or
factual overlap—the initial filings and briefing show none. Respondent-Intervenors
particularly dispute the notion that the conclusory references to the major questions
doctrine in the Fuel Manufacturer and States' opening brief create any substantial
link to *Texas*. (*See* Doc. #2000036, at 25, 44 (AFPM and State Petitioners' Brief);
Doc. #2000081, at 13 n.2 (State and Local Gov't Respondent-Intervenors' Brief).)
The major questions doctrine is a tool to construe whether a given statute's grant of
authority includes the agency action at issue; that analysis involves consideration
of the particular agency action and the particular statute under which it was taken,
and thus provides no reason to hold proximate arguments about two distinct
actions under two different statutes. The Fuel Manufacturer and States' preferred
thematic framing of their petition does not provide a fair and neutral basis to
prioritize their later-filed petition over NRDC's first-filed petition.

*Position of the Fuel Manufacturer and State petitioners (petitioners in Nos.
22-1144 and 22-1145) and Biofuel Manufacturers (petitioner-intervenors in Nos.
22-1144 and 22-1145):*

The Fuel Manufacturer and State petitioners and Biofuel Manufacturers
submit that their cases should be heard first because they present weightier issues,
as reflected by the proposed time allocation for the oral argument, by the fact that

6

NHTSA's brief addressed those issues first and devoted almost twice as many pages to them as to NRDC's, and by the fact that only these petitions, and not NRDC's, seek vacatur of the rule. In addition, Nos. 22-1144 and 22-1145 are more closely related to *Texas v. EPA* in that both cases involve challenges to administrative efforts to force electrification of the Nation's vehicle fleet in ways that petitioners contend trigger the major-questions doctrine.

*Position of NHTSA (respondent to all three petitions):*

The government takes no position on the order in which these petitions are argued.

Submitted on: August 4, 2023

Counsel for the parties in *Texas v. EPA*:

> Todd Kim
> Assistant Attorney General
>
> */s/ Sue Chen*
> Daniel R. Dertke
> Sue Chen
> U.S. Department of Justice
> Environment & Natural Resources Div.
> Environmental Defense Section
> P.O. Box 7611
> Washington, D.C. 20044
> 202.305.0283
> sue.chen@usdoj.gov
>
> *Counsel for Respondents*

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

*/s/ Lanora C. Pettit*
LANORA C. PETTIT
Principal Deputy Solicitor General
Lanora.Pettit@oag.texas.gov
*Counsel of Record*

WESLEY S. WILLIAMS
Assistant Attorney General
Wesley.Williams@oag.texas.gov

*Counsel for Petitioner the State of Texas*

STEVE MARSHALL
Attorney General of Alabama

*/s/ Edmund G. Lacour Jr.*
EDMUND G. LACOUR JR.
Solicitor General
Office of the Alabama Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
Tel: (334) 242-7300
Edmund.lacour@AlabamaAG.gov

*Counsel for Petitioner the State of Alabama*

TREG R. TAYLOR
Attorney General of Alaska

*/s/ Garrison Todd*
GARRISON TODD
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Tel.: (907) 269-5100
Garrison.Todd@alaska.gov

*Counsel for Petitioner the State of Alaska*

THEODORE E. ROKITA
Indiana Attorney General

*/s/ Thomas M. Fisher*
THOMAS M. FISHER
Solicitor General
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Tel.: (317) 232-6255

LESLIE RUTLEDGE
Attorney General of Arkansas

*/s/ Nicholas J. Bronni*
NICHOLAS J. BRONNI
Solicitor General
DYLAN L. JACOBS
Deputy Solicitor General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201

Tom.Fisher@atg.in.gov

*Counsel for Petitioner the State of Indiana*

JEFF LANDRY
Attorney General of Louisiana

*/s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL
Solicitor General
SCOTT ST. JOHN
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel.: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Petitioner the State of Louisiana*

ERIC S. SCHMITT
Attorney General

*/s/ D. John Sauer*
D. JOHN SAUER
Solicitor General
Office of the Missouri Attorney General
Supreme Court Building
P.O. Box 899
Jefferson City, Missouri 65102
Tel.: 573-751-8870
Fax: 573-751-0774
John.Sauer@ago.mo.gov

*Counsel for Petitioner the State of Missouri*

Tel.: (501) 682-2007
Nicholas.Bronni@ArkansasAG.gov
Dylan.Jacobs@ArkansasAG.gov

*Counsel for Petitioner the State of Arkansas*

DANIEL CAMERON
Attorney General of Kentucky

*/s/ Brett R. Nolan*
BRETT R. NOLAN
Office of the Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
Tel.: (502) 696-5300
Brett.Nolan@ky.gov

*Counsel for Petitioner the State of Kentucky*

LYNN FITCH
Attorney General of Mississippi

*/s/ Justin L. Matheny*
JUSTIN L. MATHENY
Deputy Solicitor General
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel.: (601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for Petitioner the State of Mississippi*

DOUGLAS J. PETERSON
Attorney General of Nebraska

*/s/ James A. Campbell*
JAMES A. CAMPBELL
Solicitor General of Nebraska
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Tel.: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for Petitioner the State of
Nebraska*

JOHN M. O'CONNOR
Oklahoma Attorney General

*/s/ Bryan Cleveland*
Bryan Cleveland
Deputy Solicitor General
313 N.E. 21st St.
Oklahoma City, OK 73105
Tel.: (405) 521-3921
Bryan.Cleveland@oag.ok.gov

*Counsel for Petitioner the State of
Oklahoma*

SEAN D. REYES
Utah Attorney General

*/s/ Melissa A. Holyoak*
MELISSA A. HOLYOAK
Solicitor General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
melissaholyoak@agutah.gov

AUSTIN KNUDSEN
Montana Attorney General

*/s/ David M.S. Dewhirst*
DAVID M.S. DEWHIRST
Solicitor General
CHRISTIAN B. CORRIGAN
Assistant Solicitor General
215 North Sanders Street
Helena, MT 59601
Tel.: (406) 444-2026
David.Dewhirst@mt.gov
Christian.Corrigan@mt.gov

*Counsel for Petitioner the State of
Montana*

DAVE YOST
Ohio Attorney General

*/s/ Benjamin M. Flowers*
Ohio Solicitor General
30 E. Broad St., Fl. 17
Columbus, OH 4315
Tel.: (614) 466-8980
bflowers@OhioAGO.gov

*Counsel for Petitioner the State of
Ohio*

ALAN WILSON
Attorney General of South Carolina

*/s/ James Emory Smith, Jr.*
JAMES EMORY SMITH, JR.
South Carolina Deputy Solicitor
General
P.O. Box 11549
Columbia, S.C. 29211

10

*Counsel for Petitioner the State of Utah*

Tel.: (803) 734-3642
esmith@scag.gov

*Counsel for Petitioner the State of South Carolina*


*/s/ Jeffrey B. Wall*
Jeffrey B. Wall
Morgan L. Ratner
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Washington, DC 20006
(202) 956-7500
wallj@sullcrom.com

*Counsel for Petitioner Valero Renewable Fuels Company, LLC*

*/s/ Eric D. McArthur*
Eric D. McArthur
Daniel J. Feith
Jeremy D. Rozansky
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
emcarthur@sidley.com

*Counsel for Petitioners American Fuel & Petrochemical Manufacturers and Energy Marketers of America*

*/s/ Michael Buschbacher*
Michael Buschbacher
BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
(202) 955-0620

11

buschbacher@boydengrayassociates.com

*Counsel for Petitioners Clean Fuels Development Coalition, ICM, Inc., Illinois Corn Growers Association, Indiana Corn Growers Association, Kansas Corn Growers Association, Kentucky Corn Growers Association, Michigan Corn Growers Association, Missouri Corn Growers Association, and Valero Renewable Fuels Company, LLC*

*/s/ Matthew W. Morrison*
Matthew W. Morrison
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
(202) 663-8036
matthew.morrison@pillsburylaw.com

*Counsel for State Soybean Associations and Diamond Alternative Energy, LLC*

*/s/ Brittany M. Pemberton*
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800
brittany.pemberton@bracewell.com

*/s/ Devin Watkins*
Charles Devin Watkins
COMPETITIVE ENTERPRISE INSTITUTE
1310 L Street NW, 7th Floor
Washington, D.C. 20005

12

(202) 331-1010
Devin.watkins@cei.org

*Counsel for Competitive Enterprise Institute, Anthony Kreucher, Walter M. Kreucher, James Leedy, Marc Scribner, and Domestic Energy Producers Alliance*

FOR THE STATE OF CALIFORNIA

ROB BONTA
ATTORNEY GENERAL

ROBERT W. BYRNE
EDWARD H. OCHOA
Senior Assistant Attorneys General
MYUNG J. PARK
GARY E. TAVETIAN
Supervising Deputy Attorneys General

*/s/ Theodore A.B. McCombs*
THEODORE A.B. MCCOMBS
M. ELAINE MECKENSTOCK
MICAELA M. HARMS
JONATHAN WIENER
Deputy Attorneys General
600 W. Broadway, Suite 1800
San Diego, CA 92101
(619) 738-9003
Theodore.McCombs@doj.ca.gov

*Attorneys for State of California by and through its Governor Gavin Newsom, its Attorney General Rob Bonta, and the California Air Resources Board*

FOR THE STATE OF COLORADO

PHILIP J. WEISER
ATTORNEY GENERAL

*/s/ Scott Steinbrecher*
SCOTT STEINBRECHER
Assistant Deputy Attorney General
DAVID A. BECKSTROM
Assistant Attorney General
Natural Resources and Environment Section
Ralph C. Carr Colorado Judicial Center
1300 Broadway, Seventh Floor
Denver, Colorado 80203
(720) 508-6287
scott.steinbrecher@coag.gov

FOR THE STATE OF
CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

MATTHEW I. LEVINE
Deputy Associate Attorney General

*/s/ Scott N. Koschwitz*
SCOTT N. KOSCHWITZ
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5250
Fax: (860) 808-5386
Scott.Koschwitz@ct.gov

FOR THE DISTRICT OF
COLUMBIA

BRIAN L. SCHWALB
ATTORNEY GENERAL

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the
District of Columbia
400 6th Street N.W., Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
ATTORNEY GENERAL

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
RALPH K. DURSTEIN III
JAMESON A.L. TWEEDIE
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Christian.Wright@delaware.gov
Ralph.Durstein@delaware.gov
Jameson.Tweedie@delaware.gov

FOR THE STATE OF HAWAII

ANNE E. LOPEZ
ATTORNEY GENERAL

*/s/ Lyle T. Leonard*
LYLE T. LEONARD
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
lyle.t.leonard@hawaii.gov

FOR THE STATE OF MAINE

AARON M. FREY

14

ATTORNEY GENERAL

MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division

*/s/ Elizabeth Dubats*
ELIZABETH DUBATS
JASON E. JAMES
Assistant Attorney General
Office of the Attorney General
69 W. Washington St., 18th Floor
Chicago, IL 60602
Elizabeth.Dubats@ilag.gov

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Cynthia M. Weisz*
CYNTHIA M. WEISZ
Assistant Attorney General
Office of the Attorney General
Maryland Department of the
Environment
1800 Washington Blvd.
Baltimore, MD 21230
(410) 537-3014
Cynthia.weisz2@maryland.gov

JOSHUA M. SEGAL
Special Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6446
jsegal@oag.state.md.us

ATTORNEY GENERAL

*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
Maine Attorney General's Office
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

FOR THE COMMONWEALTH OF
MASSACHUSETTS

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

SETH SCHOFIELD
Senior Appellate Counsel

*/s/ Matthew Ireland*
MATTHEW IRELAND
Assistant Attorney General
Office of the Attorney General
Energy and Environment Bureau
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
matthew.ireland@mass.gov

FOR THE STATE OF MICHIGAN

DANA NESSEL
ATTORNEY GENERAL

*/s/ Gillian E. Wener*
Gillian E. Wener
Assistant Attorney General
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
wenerg@michigan.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
ATTORNEY GENERAL

*/s/ Peter N. Surdo*
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us

FOR THE STATE OF NEVADA

AARON D. FORD
ATTORNEY GENERAL

*/s/ Heidi P. Stern*
HEIDI PARRY STERN
Solicitor General
DANIEL P. NUBEL
Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

FOR THE STATE OF NEW JERSEY

MATTHEW J. PLATKIN
ATTORNEY GENERAL

*/s/ Lisa J. Morelli*
LISA J. MORELLI
RACHEL MANNING
NELL HRYSHKO
Deputy Attorneys General
New Jersey Division of Law
25 Market St.
Trenton, NJ 08625
(609) 376-2745
Lisa.Morelli@law.njoag.gov

FOR THE STATE OF NEW MEXICO

RAÚL TORREZ
ATTORNEY GENERAL

*/s/ William Grantham*
WILLIAM GRANTHAM
Assistant Attorney General
408 Galisteo Street
Villagra Building

FOR THE STATE OF NEW YORK

LETITIA JAMES
ATTORNEY GENERAL

JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
YUEH-RU CHU

16

Santa Fe, NM 87501
Tel: (505) 717-3520
wgrantham@nmag.gov

Chief, Affirmative Litigation Section
Environmental Protection Bureau

*/s/ Gavin G. McCabe*
GAVIN G. McCABE
ASHLEY M. GREGOR
Assistant Attorneys General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8469
gavin.mccabe@ag.ny.gov

FOR THE STATE OF NORTH
CAROLINA

FOR THE STATE OF OREGON

JOSHUA H. STEIN
ATTORNEY GENERAL

ELLEN F. ROSENBLUM
ATTORNEY GENERAL

DANIEL S. HIRSCHMAN
Senior Deputy Attorney General
FRANCISCO BENZONI
Special Deputy Attorney General

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.state.or.us
Steve.Novick@doj.state.or.us

*/s/ Asher P. Spiller*
ASHER P. SPILLER
Special Deputy Attorney General
ASHTON ROBERTS
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6400
ASpiller@ncdoj.gov

FOR THE COMMONWEALTH OF
PENNSYLVANIA

FOR THE STATE OF RHODE
ISLAND

MICHELLE HENRY
ATTORNEY GENERAL

PETER F. NERONHA
ATTORNEY GENERAL

JILL GRAZIANO
Chief Deputy Attorney General

*/s/ Ann R. Johnston*
ANN R. JOHNSTON
Senior Deputy Attorney General
Office of Attorney General
14th Floor
Strawberry Square
Harrisburg, PA 17120
(717) 497-3678
ajohnston@attorneygeneral.gov

FOR THE STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Nicholas F. Persampieri*
NICHOLAS F. PERSAMPIERI
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
nick.persampieri@vermont.gov

FOR THE STATE OF WISCONSIN

JOSH KAUL
ATTORNEY GENERAL

*/s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

FOR THE STATE OF
WASHINGTON

ROBERT W. FERGUSON
ATTORNEY GENERAL

*/s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
ALEXANDRIA DOOLITTLE
Assistant Attorneys General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-4614
chris.reitz@atg.wa.gov
alex.doolittle@atg.wa.gov

FOR THE CITY AND COUNTY OF
DENVER

KERRY TIPPER
CITY ATTORNEY

*/s/ Edward J. Gorman*
EDWARD J. GORMAN
Assistant City Attorney

18

Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
johnsonkarpg@doj.state.wi.us

Denver City Attorney's Office
201 W. Colfax Avenue, Dept. 1207
Denver, Colorado 80202
(720) 913-3275
Edward.Gorman@denvergov.org

FOR THE CITY OF LOS ANGELES

FOR THE CITY OF NEW YORK

HYDEE FELDSTEIN SOTO
LOS ANGELES CITY ATTORNEY

HON. SYLVIA O. HINDS-RADIX
CORPORATION COUNSEL
ALICE R. BAKER
Senior Counsel

*/s/ Michael J. Bostrom*
MICHAEL J. BOSTROM
Assistant City Attorney
200 N. Main Street, 6th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1867
Michael.Bostrom@lacity.org

*/s/ Christopher G. King*
CHRISTOPHER G. KING
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2074
cking@law.nyc.gov

FOR THE CITY AND COUNTY OF
SAN FRANCISCO

DAVID CHIU
CITY ATTORNEY

*/s/ Robb Kapla*
ROBB KAPLA
Deputy City Attorney
Office of the City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
(415) 554-4647
robb.kapla@sfcityatty.org

/s/John C. O'Quinn
John C. O'Quinn, P.C.
Stuart Drake
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

Charles H. Haake
Catherine M. W. Palin
Alliance for Automotive Innovation
1050 K Street, N.W.  Suite 650
Washington, D.C.  20001
(202)-326-5500

*Counsel for Respondent-Intervenor*
*Alliance for Automotive Innovation*

/s/ Stacey L. VanBelleghem
Stacey L. VanBelleghem
LATHAM & WATKINS
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: stacey.vanbelleghem@lw.com

*Counsel for Respondent-Intervenor*
*National Coalition for*
*Advanced Transportation*

/s/ Kevin Poloncarz
Kevin Poloncarz
Martin Levy
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, 54th Floor
San Francisco, CA 94105-2533

(415) 591-7070
kpoloncarz@cov.com

*Counsel for Advanced Energy United,*
*Calpine Corporation, National Grid*
*USA, New York Power Authority, and*
*Power Companies Climate Coalition*

<u>/s/ Sean H. Donahue</u>
Sean H. Donahue
Donahue & Goldberg, LLP
1008 Pennsylvania Avenue SE
Washington, DC 20003
(202) 277-7085
sean@donahuegoldberg.com

Vickie L. Patton
Peter Zalzal
Alice Henderson
Andrew Su
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7214
vpatton@edf.org

*Counsel for Environmental Defense Fund*

<u>/s/ Jay Duffy</u>
Jay Duffy
Ann Brewster Weeks
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(802) 233-7967
jduffy@catf.us

<u>/s/ Emily K. Green</u>
Emily K. Green
Conservation Law Foundation
53 Exchange Street, Suite 200
Portland, ME 04101
(207) 210-6439
egreen@clf.org

*Counsel for Conservation Law*
*Foundation*

<u>/s/ Robert Michaels</u>
ROBERT MICHAELS
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 795-3713
rmichaels@elpc.org

*Counsel for Environmental Law &*
*Policy Center*

<u>/s/ Scott L. Nelson</u>
Scott L. Nelson
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
snelson@citizen.org

*Counsel for Public Citizen, Inc.*

<u>/s/ Joanne Spalding</u>

*Counsel for American Lung Association,*
*Clean Air Council, Clean Wisconsin and*
*National Parks Conservation Association*

<u>*/s/ Ian Fein*</u>
Ian Fein
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
ifein@nrdc.org

David D. Doniger
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 289-6868
ddoniger@nrdc.org

*Counsel for Natural Resources Defense*
*Council, Inc.*

<u>*/s/ Jessica Anne Morton*</u>
Jessica Anne Morton
Sarah R. Goetz
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmorton@democracyforward.org

*Counsel for Union of Concerned*
*Scientists*

Joanne Spalding
Andrea Issod
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5725
joanne.spalding@sierraclub.org

Josh Berman
Sierra Club
50 F Street NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org

Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

Counsel for the parties in *NRDC v. NHTSA*:

MARK B. STERN

/s/ *Joshua M. Koppel*
JOSHUA M. KOPPEL
KEVIN J. KENNEDY
Attorneys, Appellate Staff
Civil Division, Room 7212
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-4820

*Counsel for Respondents*

/s/ *Pete Huffman*
Pete Huffman
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 289-6868
phuffman@nrdc.org

Ian Fein
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
ifein@nrdc.org

*Counsel for Natural Resources Defense
Council*

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

*/s/ Lanora C. Pettit*
LANORA C. PETTIT
Principal Deputy Solicitor General
Lanora.Pettit@oag.texas.gov
*Counsel of Record*

WESLEY S. WILLIAMS
Assistant Attorney General
Wesley.Williams@oag.texas.gov

*Counsel for Petitioner the State of
Texas*

LESLIE RUTLEDGE
Attorney General of Arkansas

*/s/ Nicholas J. Bronni*
NICHOLAS J. BRONNI
Solicitor General
DYLAN L. JACOBS
Deputy Solicitor General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Tel: (501) 682-2007
Nicholas.Bronni@ArkansasAG.gov
Dylan.Jacobs@ArkansasAG.gov

*Counsel for Petitioner the State of
Arkansas*

THEODORE E. ROKITA
Indiana Attorney General

*/s/ Thomas M. Fisher*
THOMAS M. FISHER
Solicitor General
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Tel: (317) 232-6255
Tom.Fisher@atg.in.gov

*Counsel for Petitioner the State of
Indiana*

DANIEL CAMERON
Attorney General of Kentucky

*/s/ Brett R. Nolan*
BRETT R. NOLAN
Office of the Kentucky Attorney
General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
Tel: (502) 696-5300
Brett.Nolan@ky.gov

*Counsel for Petitioner the State of
Kentucky*

JEFF LANDRY
Attorney General of Louisiana

*/s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL
Solicitor General
SCOTT ST. JOHN
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Petitioner the State of
Louisiana*

LYNN FITCH
Attorney General of Mississippi

*/s/ Justin L. Matheny*
JUSTIN L.  MATHENY
Deputy Solicitor General
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for Petitioner the State of
Mississippi*

AUSTIN KNUDSEN
Montana Attorney General

*/s/ David M.S. Dewhirst*
DAVID M.S. DEWHIRST
Solicitor General
CHRISTIAN B. CORRIGAN
Deputy Solicitor General
215 North Sanders Street
Helena, MT 59601
David.Dewhirst@mt.gov
Christian.Corrigan@mt.gov

*Counsel for Petitioner the State of
Montana*

DOUGLAS J. PETERSON
Attorney General of Nebraska

*/s/ James A. Campbell*
JAMES A. CAMPBELL
Solicitor General of Nebraska
Office of the Nebraska Attorney
General
2115 State Capitol
Lincoln, NE 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for Petitioner the State of
Nebraska*

ALAN WILSON
Attorney General of South Carolina

*/s/ James Emory Smith, Jr.*
JAMES EMORY SMITH, JR.
South Carolina Deputy Solicitor
General
P.O. Box 11549
Columbia, S.C. 29211
Tel: (803) 734-3642
esmith@scag.gov

*Counsel for Petitioner the State of South
Carolina*

DAVE YOST
Ohio Attorney General

*/s/ Benjamin M. Flowers*
BENJAMIN M. FLOWERS
Ohio Solicitor General
30 E. Broad St., Fl. 17
Columbus OH 43215
Tel: (614) 466-8980
bflowers@OhioAGO.gov

*Counsel for Petitioner the State of Ohio*

SEAN D. REYES
Utah Attorney General

*/s/ Melissa A. Holyoak*
Melissa A. Holyoak
Solicitor General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Tel: (801) 366-0260
melissaholyoak@agutah.gov

*Counsel for Petitioner the State of Utah*

/s/ *Eric D. McArthur*
Eric D. McArthur
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
emcarthur@sidley.com

*Counsel for Petitioner AFPM*

/s/ *Jeffrey B. Wall*
Jeffrey B. Wall
Morgan L. Ratner
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Washington, DC 20006
(202) 956-7500
wallj@sullcrom.com

*Counsel for Intervenor Valero*
*Renewable Fuels Company, LLC*

/s/ *Michael Buschbacher*
Jonathan Berry
Michael Buschbacher
BOYDEN GRAY & ASSOCIATES
PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0620 (telephone)
202-955-0621 (fax)
buschbacher@boydengrayassociates.com

*Counsel for Biofuels Intervenors*

/s/ *Sean H. Donahue*
Sean H. Donahue
Donahue & Goldberg, LLP
1008 Pennsylvania Avenue SE
Washington, DC 20003
(202) 277-7085
sean@donahuegoldberg.com

Vickie L. Patton
Peter Zalzal
Alice Henderson
Andrew Su
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7214
vpatton@edf.org

*Counsel for Environmental Defense
Fund*

/s/ *Robert Michaels*
ROBERT MICHAELS
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 795-3713
rmichaels@elpc.org

*Counsel for
Environmental Law & Policy Center*

/s/ *Scott L. Nelson*
Scott L. Nelson
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
snelson@citizen.org

*Counsel for Public Citizen, Inc.*

/s/ *Joanne Spalding*
Joanne Spalding
Andrea Issod
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5725
joanne.spalding@sierraclub.org

Josh Berman
Sierra Club
50 F Street NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org

Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

/s/ *Jessica Anne Morton*
Jessica Anne Morton
Sarah Goetz
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmorton@democracyforward.org

*Counsel for Union of Concerned Scientists*

<u>/s/ Stacey L. VanBelleghem</u>
Stacey L. VanBelleghem
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: stacey.vanbelleghem@lw.com

*Counsel for the National Coalition for Advanced Transportation and Zero Emission Transportation Association*

FOR THE STATE OF CALIFORNIA

ROB BONTA
ATTORNEY GENERAL

ROBERT W. BYRNE
EDWARD H. OCHOA
Senior Assistant Attorneys General
MYUNG J. PARK
GARY E. TAVETIAN
Supervising Deputy Attorneys General

*/s/ Theodore A.B. McCombs*
THEODORE A.B. MCCOMBS
M. ELAINE MECKENSTOCK
MICAELA M. HARMS
JONATHAN WIENER
Deputy Attorneys General
600 W. Broadway, Suite 1800
San Diego, CA 92101
(619) 738-9003
Theodore.McCombs@doj.ca.gov

*Attorneys for State of California by and through its Governor Gavin Newsom, its Attorney General Rob Bonta, and the California Air Resources Board*

FOR THE STATE OF COLORADO

PHILIP J. WEISER
ATTORNEY GENERAL

*/s/ Scott Steinbrecher*
SCOTT STEINBRECHER
Assistant Deputy Attorney General
DAVID A. BECKSTROM
Assistant Attorney General
Natural Resources and Environment
Section
Ralph C. Carr Colorado Judicial Center
1300 Broadway, Seventh Floor
Denver, Colorado 80203
(720) 508-6287
scott.steinbrecher@coag.gov

FOR THE STATE OF
CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

MATTHEW I. LEVINE
Deputy Associate Attorney General

*/s/ Scott N. Koschwitz*
SCOTT N. KOSCHWITZ
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5250
Fax: (860) 808-5386
Scott.Koschwitz@ct.gov

FOR THE DISTRICT OF
COLUMBIA

BRIAN L. SCHWALB
ATTORNEY GENERAL

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the
District of Columbia
400 6th Street N.W., Suite 8100
Washington, D.C. 20001
(202) 724-6609
Fax: (202) 741-0649
caroline.vanzile@dc.gov

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
ATTORNEY GENERAL

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
RALPH K. DURSTEIN III
JAMESON A.L. TWEEDIE
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Christian.Wright@delaware.gov
Ralph.Durstein@delaware.gov
Jameson.Tweedie@delaware.gov

FOR THE STATE OF HAWAII

ANNE E. LOPEZ
ATTORNEY GENERAL

*/s/ Lyle T. Leonard*
LYLE T. LEONARD
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
lyle.t.leonard@hawaii.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division

*/s/ Elizabeth Dubats*
ELIZABETH DUBATS
JASON E. JAMES
Assistant Attorney General
Office of the Attorney General
69 W. Washington St., 18th Floor
Chicago, IL 60602
Elizabeth.Dubats@ilag.gov

FOR THE STATE OF MAINE

AARON M. FREY
ATTORNEY GENERAL

*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
Maine Attorney General's Office
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Joshua M. Segal*
JOSHUA M. SEGAL
Special Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6446
jsegal@oag.state.md.us

FOR THE COMMONWEALTH OF
MASSACHUSETTS

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

SETH SCHOFIELD
Senior Appellate Counsel

*/s/ Matthew Ireland*
MATTHEW IRELAND
Assistant Attorney General
Office of the Attorney General
Energy and Environment Bureau
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
matthew.ireland@mass.gov

FOR THE STATE OF MICHIGAN

DANA NESSEL
ATTORNEY GENERAL

*/s/ Gillian E. Wener*
Gillian E. Wener
Assistant Attorney General
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
wenerg@michigan.gov

FOR THE STATE OF NEVADA

AARON D. FORD
ATTORNEY GENERAL

*/s/ Heidi P. Stern*
HEIDI PARRY STERN
Solicitor General
DANIEL P. NUBEL
Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
ATTORNEY GENERAL

*/s/ Peter N. Surdo*
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us

FOR THE STATE OF NEW JERSEY

MATTHEW J. PLATKIN
ATTORNEY GENERAL

*/s/ Lisa J. Morelli*
LISA J. MORELLI
RACHEL MANNING
NELL HRYSHKO
Deputy Attorneys General
New Jersey Division of Law
25 Market St.
Trenton, NJ 08625
(609) 376-2745
Lisa.Morelli@law.njoag.gov

FOR THE STATE OF NEW MEXICO

RAÚL TORRES
ATTORNEY GENERAL

*/s/ William Grantham*
WILLIAM GRANTHAM
Assistant Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501
Tel: (505) 717-3520
wgrantham@nmag.gov

FOR THE STATE OF NEW YORK

LETITIA JAMES
ATTORNEY GENERAL

JUDITH N. VALE
Deputy Solicitor General
elizabeth a. brody
Assistant Solicitor General
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau

*/s/ Gavin G. McCabe*
GAVIN G. McCABE
ASHLEY M. GREGOR
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8469
gavin.mccabe@ag.ny.gov

FOR THE STATE OF NORTH
CAROLINA

JOSHUA H. STEIN
ATTORNEY GENERAL

DANIEL S. HIRSCHMAN
Senior Deputy Attorney General

/s/ Asher P. Spiller
ASHER P. SPILLER
Special Deputy Attorney General
ASHTON ROBERTS
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6400
ASpiller@ncdoj.gov

FOR THE COMMONWEALTH OF
PENNSYLVANIA

MICHELLE HENRY
ATTORNEY GENERAL

JILL GRAZIANO
Chief Deputy Attorney General

/s/ Ann R. Johnston
ANN R. JOHNSTON
Senior Deputy Attorney General
Office of Attorney General
14th Floor
Strawberry Square
Harrisburg, PA 17120
(717) 497-3678
ajohnston@attorneygeneral.gov

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
ATTORNEY GENERAL

/s/ Paul Garrahan
PAUL GARRAHAN
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.state.or.us
Steve.Novick@doj.state.or.us

FOR THE STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

/s/ Nicholas F. Persampieri
NICHOLAS F. PERSAMPIERI
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
nick.persampieri@vermont.gov

FOR THE STATE OF
WASHINGTON

ROBERT W. FERGUSON
ATTORNEY GENERAL

*/s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
ALEXANDRIA DOOLITTLE
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-4614
chris.reitz@atg.wa.gov
alex.doolittle@atg.wa.gov

FOR THE STATE OF WISCONSIN

JOSH KAUL
ATTORNEY GENERAL

*/s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
(608) 294-2907 (Fax)
johnsonkarpg@doj.state.wi.us

FOR THE CITY AND COUNTY OF
DENVER

KERRY TIPPER
CITY ATTORNEY

*/s/ Edward J. Gorman*
EDWARD J. GORMAN
Assistant City Attorney
Denver City Attorney's Office
201 W. Colfax Avenue, Dept. 1207
Denver, Colorado 80202
(720) 913-3275
Edward.Gorman@denvergov.org

FOR THE CITY OF LOS ANGELES

HYDEE FELDSTEIN SOTO
LOS ANGELES CITY ATTORNEY

*/s/ Michael J. Bostrom*
MICHAEL J. BOSTROM
Assistant City Attorney
200 N. Main Street, 6th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1867
Fax: (213) 978-2286
Michael.Bostrom@lacity.org

FOR THE CITY OF NEW YORK

HON. SYLVIA O. HINDS-RADIX
CORPORATION COUNSEL
ALICE R. BAKER
Senior Counsel

*/s/ Christopher G. King*
CHRISTOPHER G. KING
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2074
cking@law.nyc.gov

FOR THE CITY AND COUNTY OF
SAN FRANCISCO

DAVID CHIU
CITY ATTORNEY

*/s/ Robb Kapla*
ROBB KAPLA
Deputy City Attorney
Office of the City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
(415) 554-4647
robb.kapla@sfcityatty.org

## Certificates of Compliance and Service

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this filing complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 1148 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on August 4, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

 /s/ Joshua M. Koppel
Joshua M. Koppel