# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

No. 22-1080 September Term, 2024

NHTS-87FR25710

Filed On: July 17, 2025 [2126005]

Natural Resources Defense Council,

    Petitioner

    v.

National Highway Traffic Safety Administration, et al.,

    Respondents

------------------------------

Clean Fuels Development Coalition, et al.,
    Intervenors

------------------------------

Consolidated with 22-1144, 22-1145

    **BEFORE:** Srinivasan, Chief Judge; and Katsas and Pan, Circuit Judges

## O R D E R

Upon consideration of the government's motions to hold cases in abeyance, it is

**ORDERED** that the motions be granted, and these cases are hereby held in abeyance pending further order of the court.

The parties are directed to file status reports by September 15, 2025, and at 60-day intervals thereafter. The parties are further directed to file motions to govern within 30 days of the conclusion of the agency proceedings.

### Per Curiam

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY: /s/
    Michael C. McGrail
    Deputy Clerk