**[ORAL ARGUMENT HEARD SEPTEMBER 14, 2023]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.,<br><br>Respondents. | No. 22-1080 and consolidated cases |

**STATUS REPORT**

The petitions for review in these consolidated cases challenge a rule issued by the National Highway Traffic Safety Administration (NHTSA), a component of the Department of Transportation, titled *Corporate Average Fuel Economy Standards for Model Years 2024-2026 Passenger Cars and Light Trucks*, 87 Fed. Reg. 25,710 (May 2, 2022). On January 28, 2025, the Secretary of Transportation issued a memorandum directing NHTSA to "commence an immediate review and reconsideration of all existing fuel economy standards applicable to all models of motor vehicles produced from model year 2022 forward,

including in particular" the rule at issue in this litigation. Memorandum from Secretary Sean Duffy to Office of the Administrator of NHTSA, *et al.* 3 (Jan. 28, 2025).[1] The memorandum further "direct[s] NHTSA at the earliest opportunity to propose the rescission or replacement of any fuel economy standards as determined necessary to bring the [Corporate Average Fuel Economy] program into compliance with Administration policy and the requirements of the law." *Id.* at 3-4. On February 3, 2025, the federal government respondents moved to hold these consolidated cases in abeyance.

On June 11, 2025, in accordance with the Secretary's earlier memorandum, NHTSA issued an interpretive rule, *Resetting the Corporate Average Fuel Economy Program*, 90 Fed. Reg. 24,518 (June 11, 2025), which sets forth the agency's interpretation of relevant statutory provisions as "a foundation for resetting" its "Corporate Average Fuel Economy" program. On June 16, 2025, the federal government respondents renewed their motion to hold these consolidated cases in abeyance. On July 17, 2025, the Court granted

[1] Available at https://www.transportation.gov/sites/dot.gov/files/2025-01/Signed%20Secretarial%20Memo%20re%20Fixing%20the%20CAFE%20Program.pdf.

the government's motions to hold the cases in abeyance and ordered the parties to file periodic status updates.

On December 5, 2025, NHTSA published a proposed rule that would amend the fuel-economy standards for light-duty vehicles for model years 2022 to 2031. *See* 90 Fed. Reg. 56,438 (Dec. 5, 2025). The agency held a public hearing on the proposal on January 7, 2026, *see* 90 Fed. Reg. 57,726 (Dec. 12, 2025), and the comment period closed on February 4, 2026, *see* 91 Fed. Reg. 1,494 (Jan. 14, 2026). NHTSA is preparing a final rule, which completed regulatory review with the Office of Information and Regulatory Affairs on August 12, 2026.[2] These cases should remain in abeyance pending a conclusion of that rulemaking process.

All parties to these cases have reviewed and have no objection to this status report.

[2] *See* https://www.reginfo.gov/public/do/eoDetails?rrid=1449911.

Respectfully submitted,

THOMAS PULHAM

/s/ *Joshua M. Koppel*

JOSHUA M. KOPPEL
*Attorneys, Appellate Staff*
*Civil Division, Room 7212*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
(202) 514-4820

September 11, 2026